1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant,
   PONE XAYASANA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   CASE NO. 6:10-mj-00043-MJS
                                       )
12             Plaintiff,              )
                                       )   STIPULATION TO CONTINUE
13                                     )   STATUS CONFERENCE TO
   vs.                                 )   SEPTEMBER 9, 2010;
14                                     )   ORDER
                                       )
15 PONE XAYASANA,                      )
                                       )
16             Defendant.              )
                                       )
17 _____)

18

19     IT IS HEREBY STIPULATED by and between the parties hereto that the Status

20 Conference hearing currently set for July 22, 2010 at 10:00 a.m. in the above captioned matter,

21 be continued to September 9, 2010, at 10:00 a.m.

22     This request is made because discovery is still outstanding.  The parties anticipate that

23 discovery should be completed by the end of August.  September 9, 2010, is the earliest date the

24 parties are available collectively.

25

26 ///

27 ///

28 ///

1 ///

2       The parties agree that the delay resulting from the continuance shall be excluded in the

3 interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§

4 3161(h)(8)(A).

5

6 Dated: July 16, 2010                        By: /s/ Carol Ann Moses
                                                      CAROL ANN MOSES

7                                                          Attorney for Pone Xayasana

8 Dated: July 16, 2010                        BENJAMIN B. WAGNER
                                                        United States Attorney

9

10                                                         By: /s/ Laurel J. Montoya
                                                             LAUREL J. MONTOYA

11                                                          Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                              ORDER

3       The Court, having reviewed the above request for a Continuance of Status Conference

4  until September 9, 2010, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

5       1.    The Status Conference Hearing currently scheduled for July 22, 2010, shall be

6             continued to September 9, 2010 at 10:00 a.m. before Duty Magistrate.

7

8  IT IS SO ORDERED.

9  **Dated:   July 19, 2010**                     /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28