1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant,
   PONE XAYASANA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )    CASE NO. 6:10-mj-00043-MJS
                                       )
12          Plaintiff,                 )
                                       )    STIPULATION TO CONTINUE
13                                     )    STATUS CONFERENCE TO
   vs.                                 )    OCTOBER 14, 2010;
14                                     )    ORDER THEREON
                                       )
15 PONE XAYASANA,                      )
                                       )
16          Defendant.                 )
                                       )
17 _____)

18

19         IT IS HEREBY STIPULATED by and between the parties hereto that the Status

20 Conference hearing currently set for October 7, 2010 at 10:00 a.m. in the above captioned matter,

21 be continued to October 14, 2010, at 10:00 a.m.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO OCTOBER 14, 2010;              1
ORDER THEREON

1  This request is made due to an unforeseen calendaring conflict on the part of defense
2  counsel.

3  Dated: September 30, 2010                    By: /s/ Carol Ann Moses
                                                    CAROL ANN MOSES
4                                                   Attorney for Pone Xayasana

5  Dated: September 30, 2010                    BENJAMIN B. WAGNER
                                                United States Attorney
6

7                                               By: /s/ Laurel J. Montoya
                                                    LAUREL J. MONTOYA
8                                                   Assistant U.S. Attorney

9

10                                   ORDER

11  The Court, having reviewed the above request for a continuance of the Status Conference
12  presently set for October 7, 2010 in Courtroom 7 before Magistrate Judge Sandra M. Snyder to
13  October 14, 2010, IT IS HEREBY ORDERED that:
14     1.  The Status Conference is continued to October 14, 2010 at 10:00 a.m. in
15         Courtroom 10 before Magistrate Judge Gary S. Austin.

19  IT IS SO ORDERED.
20  **Dated:   October 6, 2010**                 /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE