1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Kathryn Gates
   Certified Law Student
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000
6
7
8
9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,      )  CASE NO. 6:10-MJ-00043-MJS
                                  )
13             Plaintiff,         )
                                  )  STIPULATION TO CONTINUE HEARING
14 v.                             )  DATE AND ORDER THEREON
                                  )
15 PONE XAYASANA                  )
                                  )
16             Defendant.         )
                                  )
17 _____ )
18
19      IT IS HEREBY STIPULATED by and between the parties hereto,
20 through their respective attorney(s) of record, that the status
21 conference/change of plea hearing date currently set for
22 December 2, 2010, may be continued to **January 18, 2011**, at **10:00 a.m.**
23 in the Yosemite Court, before the Honorable Michael J. Seng,
24 Magistrate Judge of the United States District Court.
25 / / /
26 / / /
27 / / /
28 / / /

This request is being made because the parties are attempting to resolve the matter prior to the status conference date and due to conflicting schedules. Additional time is needed by the parties to discuss and translate the offers.

Dated: November 24, 2010          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  By : /s/ Laurel J. Montoya
                                       LAUREL J. MONTOYA
                                       Assistant U.S. Attorney

                                  AND

                                  By : /s/ Carol Ann Moses
                                       CAROL ANN MOSES
                                       Attorney for Defendant
                                       PONE XAYSANA


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice.

Status Conference/Change of Plea Hearing date currently set for December 2, 2010 in Fresno, is continued to **January 18, 2011**, at **10:00 a.m.** in the Yosemite Court, before the Honorable Michael J. Seng.

Dated: November 24, 2010               /s/ Sandra M. Snyder
                                       SANDRA M. SNYDER
                                       United States Magistrate Judge